**DISMISS; and Opinion Filed October 8, 2015.**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-01381-CR

**WILLIAM SEDRIC AUTREY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-81194-10**

## MEMORANDUM OPINION
Before Justices Lang-Miers, Brown, and Schenck

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

141381F.U05

RECEIVED IN
COURT OF APPEALS, 5th DIST.

OCT 2 1 2015

LISA MATZ
CLERK, 5th DISTRICT



# Court of Appeals
## Fifth District of Texas at Dallas
**JUDGMENT**

WILLIAM SEDRIC AUTREY, Appellant

No. 05-14-01381-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the 296th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 429-81194-10.
Opinion delivered per curiam before Justices
Lang-Miers, Brown, and Schenck.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 8th day of October, 2015.

Order entered October 8, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01381-CR

## WILLIAM SEDRIC AUTREY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-81194-10**

# ORDER
Before Justices Lang-Miers, Brown, and Schenck

Based on the Court's opinion of this date, we **DIRECT** the Clerk of the Court to issue the

mandate in this appeal **INSTANTER**.

/s/    ELIZABETH LANG-MIERS
       JUSTICE



**Court of Appeals**
**Fifth District of Texas at Dallas**
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202

N TEXAS
DALLAS 750
09 OCT '15
PM 12 L



02 1P          $ 000.48⁵
0000856274     OCT 08 2015
MAILED FROM ZIP CODE 75201

CASE: 05-14-01381-CR
WILLIA

NIXIE        750   SC 1           0910/07/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 7520266315⁹     *2293-05755-09-34